1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  BRENDA DICKSON, | Case No. 2:20-cv-05152-JWH-MAAx |
| 12        Plaintiff, | |
| 13      v. | **JUDGMENT** |
| 14  CENTURY PARK EAST | |

11  BRENDA DICKSON,

      Plaintiff,

    v.

CENTURY PARK EAST
   HOMEOWNER'S
   ASSOCIATION;
SWEDELSON AND GOTTLIEB;
BRIAN MORENO; and
DOES 1-10,

      Defendants.

CENTURY PARK EAST
   HOMEOWNER'S
   ASSOCIATION,

      Crossclaimant,

    v.

SWEDELSON AND GOTTLIEB;
BRIAN MORENO; and
ROES 1 through 10, inclusive,

      Crossdefendants.

Case No. 2:20-cv-05152-JWH-MAAx

**JUDGMENT**

1    Pursuant to this Court's Orders filed May 13, 2021,[1] and December 7,

2  2021,[2]

3    It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

4    1.    This Court possesses subject matter jurisdiction over the above-

5  captioned action pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1367.

6    2.    Defendants Does 1-10 are **DISMISSED**.

7    3.    Crossdefendants Roes 1 through 10 are **DISMISSED**.

8    4.    Defendant Century Park East Homeowners Association shall have

9  **JUDGMENT** in its favor on the claims asserted against it by Plaintiff Brenda

10  Dickson.  Dickson shall take nothing from Century Park East Homeowners

11  Association on behalf of her claims, and all relief requested by Dickson as against

12  Century Park East Homeowners Association is **DENIED**.

13    5.    The crossclaims of Crossclaimant Century Park East Homeowners

14  Association asserted against Crossdefendant Swedelson & Gottlieb and against

15  Crossdefendant Brian Moreno are **DISMISSED** as moot.

16    6.    Century Park East Homeowners Association is **DISMISSED** from

17  this action with prejudice.

18    7.    The claims of Plaintiff Brenda Dickson asserted against Defendant

19  Swedelson & Gottlieb and against Defendant Brian Moreno are **DISMISSED**

20  **with prejudice**, in their entirety.  Those parties shall bear their own respective

21  costs and attorneys' fees, except as provided in their settlement agreement.

22

23

24

25

26

---

27  [1]    Order Re:  Mots. For Summ. J. [ECF No. 100].

28  [2]    Order on Stipulation for an Order of Dismissal Under
Fed. R. Civ. P. 41(a)(2) [ECF No. 153].

8.     Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**



Dated: December 15, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE